| | | |
|---|---|---|
| **JULIA M. RANDLE**<br>**BORN WELBORN** | : | **14TH JUDICIAL DISTRICT COURT** |
| VS. NO. 2017-4792 D | : | **PARISH OF CALCASIEU** |
| **CIGNA HEALTH AND LIFE**<br>**INSURANCE COMPANY,**<br>**LIFE INSURANCE COMPANY**<br>**OF NORTH AMERICA**<br>FILED: NOV 17 2017 | : | **STATE OF LOUISIANA**<br><br>S/ Kim Johnson<br>**DEPUTY CLERK OF COURT** |

## PETITION FOR BREACH OF INSURANCE CONTRACT
## FOR THE PAYMENT OF DISABILITY BENEFITS

NOW INTO COURT, through undersigned counsel, comes, **JULIA M. RANDLE, born WELBORN**, petitioner of the full age of majority domiciled in Calcasieu Parish, State of Louisiana, who states the following:

1.

Made defendant herein is **CIGNA HEALTH AND LIFE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the state of Louisiana, who may be served through its agent for service of process, Honorable Tom Schedler, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809.

2.

Made defendant herein is **LIFE INSURANCE COMPANY OF NORTH AMERICA**, a foreign insurance company authorized to do and doing business in the state of Louisiana, who may be served through its agent for service of process, Honorable Tom Schedler, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809.

3.

On or about November 18, 2016, petitioner was seriously injured in an automobile accident and had to undergo surgery on her shoulder as a direct result thereof, and suffered other injuries resulting in permanent physical impairments and disabilities.

4.

Petitioner was employed at The Isle of Capri Casino Hotel as a dealer and was unable to return to work to perform her job responsibilities due to her injuries and physical impairments.

5.

Petitioner exhausted her benefits under the Family Medical Leave Act.

**EXHIBIT A**

6.

The defendants provided a policy of short term and long term disability benefits naming petitioner as their insured under the policy of insurance.

7.

The petitioner was unable to return to work due to physical impairments and/or disabilities resulting from an automobile accident on November 18, 2016.

8.

The defendants denied petitioner's short term and long term disability benefits without just cause thereby breaching their contract with your petitioner entitling petitioner to monetary damages in an amount equal to the disability benefit payments past due and owing together with legal interest from date of judicial demand, attorney fees, and all court costs.

Wherefore, petitioner, **JULIA M. RANDLE, born WELBORN**, prays:

I. There be citation and service of process on the defendants, **CIGNA HEALTH AND LIFE INSURANCE COMPANY**, and **LIFE INSURANCE COMPANY OF NORTH AMERICA** all in accordance with law.

II. That after due proceedings are had a judgment be rendered in favor of petitioner, **JULIA M. RANDLE, born WELBORN**, and against the defendants, **CIGNA HEALTH AND LIFE INSURANCE COMPANY**, and **LIFE INSURANCE COMPANY OF NORTH AMERICA**, individually, jointly, and in solido, in a sum found reasonable in the premise, including but not limited to, a sum equal to all past due short and long term disability benefits owed to petitioner, together with legal interest from date of judicial demand, attorney fees, and all court costs be taxed and paid by the defendants.

III. All other just and equitable relief that maybe granted in the premises.

Respectfully submitted,

**STEVEN W. HALE & ASSOCIATES, INC.
A PROFESSIONAL LAW CORPORATION**

_____
**STEVEN W. HALE, T.A.** (Bar Roll No. 6425)
**W. TAYLOR HALE** (Bar Roll No. 31762)
1735 Ryan Street
Lake Charles, LA 70601
ph. (337) 433-0612
fax (337) 433-0613

ATTORNEYS FOR PLAINTIFF
JULIA M. RANDLE, born WELBORN

**SERVICE INSTRUCTIONS**

**CIGNA HEALTH AND LIFE INSURANCE COMPANY**
Through its agent for service of process
Honorable Tom Schedler
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
Through its agent for service of process
Honorable Tom Schedler
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY
Lake Charles, Louisiana
/s/ Jear Vidrine
Deputy Clerk of Court
Calcasieu Parish, Louisiana
11-28-17

| | | |
|---|---|---|
| **JULIA M. RANDLE** <br> **BORN WELBORN** | : | **14TH JUDICIAL DISTRICT COURT** |
| **VS. No:** 2017-47920 | : | **PARISH OF CALCASIEU** |
| **CIGNA HEALTH AND LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA** | : | **STATE OF LOUISIANA** |
| **FILED:** NOV 17 2017 | : | S/Kim Jokson <br> **DEPUTY CLERK OF COURT** |

## REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND/OR WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:  Honorable H. Lynn Jones, II
    Calcasieu Parish Clerk of Court
    P. O. Box 1030
    Lake Charles, LA 70602-1030

IN ACCORDANCE with **L.S.A.-C.C.P. art. 1572**, you are requested to give me, as counsel for plaintiffs in the above captioned matter, written notice by mail ten (10) days in advance of the date fixed for the trial or hearing of this case, whether on exceptions, motions, rules or the merits. I also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof, as provided by **L.S.A.-C.C.P. arts. 1913 and 1914**, including notice of judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully submitted,

STEVEN W. HALE & ASSOCIATES, INC.

_____
**STEVEN W. HALE** (Bar Roll No. 6425)
**W. TAYLOR HALE** (Bar Roll No. 31762)
1735 Ryan Street
Lake Charles, LA 70601
Ph. (337) 433-0612
Fax (337) 433-0613
e-mail: taylor@halelawfirm.com
            steven@halelawfirm.com

**ATTORNEYS FOR PLAINTIFF
JULIA M. RANDLE born WELBORN**

JULIA M RANDLE
VS.  2017-004792
CIGNA HEALTH & LIFE
INSURANCE COMPANY

Citation



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: CIGNA HEALTH AND LIFE INSURANCE COMPANY
8585 ARCHVES AVE.,
THRU/SOS
BATON ROUGE, LA 70809



FILED DEC 12 2017

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JULIA M WELBORN RANDLE, BORN WELBORN (PETITION FOR BREACH OF CONTRACT) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 17th day of November 2017.

Issued and delivered November 28, 2017

Joan Vidrine
Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE, on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___.

SERVICE  $ _____         BY: _____
                                    Deputy Sheriff
MILEAGE  $ _____

TOTAL $ _____

Party No.  P001

SCANNED DEC 14 2017

I made service on the named party through the Office of the Secretary of State on

DEC 05 2017

by tendering a copy of this document to
KATHY SUMMERS
JAMES #0283
City Sheriff Parish of East Baton Rouge, Louisiana

Filing Date: 11/28/2017 12:00 AM    Page Count: 1
Case Number: 2017004792
Document Name: IMAGING

[ Original Copy ]
CMS085

Page 1 of 1

# State of Louisiana
## Secretary of State

12/06/2017

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LIFE INSURANCE COMPANY OF NORTH AMERICA
C/O CIGNA CORPORATION
MR. MICHAEL A. JAMES, ESQUIRE
1601 CHESTNUT STREET, TWO LIBERTY PLACE
PHILADELPHIA, PA  19192

Suit No.: 20174792
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

JULIA M. RANDLE, ET AL
vs
CIGNA HEALTH & LIFE INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: B JAMES

Date: 12/05/2017
Title: DEPUTY SHERIFF

No: 1060626

KC

Citation

JULIA M RANDLE
VS. 2017-004792
CIGNA HEALTH & LIFE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: LIFE INSURANCE COMPANY OF NORTH AMERICA THROUGH ITS AGENT FOR SERVICE OF PROCESS: HONORABLE TOM SCHEDLER LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVENUE Baton Rouge, LA 70809

SERVED ON
TOM SCHEDLER
DEC 05 2017
SECRETARY OF STATE
COMMERCIAL DIVISION

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of JULIA M WELBORN RANDLE, BORN WELBORN (PETITION FOR BREACH OF CONTRACT) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 17th day of November 2017.

Issued and delivered November 28, 2017

Joan Vidrine
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of ________________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of __________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF ______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

CMS5856587
Filing Date: 11/28/2017 01:29 PM Page Count: 1
Case Number: 2017-004792
Document Name: Citation

[ Service Copy ]
CMS0085