UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JULIA M. RANDLE BORN WELBORN | * * * | CIVIL ACTION NO.: 18-00003 |
| VERSUS | * * * | JUDGE JAMES T. TRIMBLE, JR |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA | * * * | MAGISTRATE JUDGE KATHLEEN KAY |

* * * * * * * * * * * * *

## JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

    Plaintiff, Julia M. Randle, for herself, her heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendants, Cigna Health and Life Insurance Company, erroneously named as a defendant in this lawsuit, and Life Insurance Company of North America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Cigna Health and Life Insurance Company and Life Insurance Company of North America, be and they are hereby dismissed, with prejudice.

    WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures and Certificate of Service, Next Page*

Respectfully submitted,

| | |
|---|---|
| s/ Steven W. Hale | s/ Lauren A. Welch |
| STEVEN W. HALE (#6425) | LAUREN A. WELCH (#17199) |
| W. TAYLOR HALE (#31762) | McCRANIE, SISTRUNK, ANZELMO, |
| STEVEN W. HALE & ASSOCIATES, INC. | HARDY, McDANIEL & WELCH, L.L.C. |
| A PROFESSIONAL LAW CORPORATION | 909 Poydras Street, Suite 1000 |
| 1735 Ryan Street | New Orleans, LA  70112 |
| Lake Charles, LA  70601 | Telephone:  (504) 831-0946 |
| Telephone:  (337) 433-0612 | Facsimile:  (800) 977-8810 |
| Facsimile:  (337) 433-0613 | E-mail:  lwelch@mcsalaw.com |
| E-mail:  steven@halelawfirm.com | *Attorney for Defendant, Cigna Health and* |
| taylor@halelawfirm.com | *Life Insurance Company and Life Insurance* |
| *Attorneys for Plaintiff, Julia M. Randle* | *Company of North America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/ Lauren A. Welch
LAUREN A. WELCH

2