U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 7 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JULIA M. RANDLE BORN WELBORN | * * * | CIVIL ACTION NO. 1:18-CV-00003 |
| VERSUS | * * | JUDGE JAMES T. TRIMBLE, JR. |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, LIFE INSURANCE OF NORTH AMERICA | * * * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana on this 27th day of April, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE